

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOWCLERK'S OFFICE
CLERK OF COURT202-275-8000

August 12, 2024

2024-2195 - Adams v. DOJ

## NOTICE OF NON-COMPLIANCE

The document (Notice of Unrepresented Person Appearance) submitted by Charles D. Adams is not in compliance with the rules of this court. Within <u>fourteen</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The response to the form is inconsistent. Select one filing and service option on page 1. Complete pages 1 and 2 to indicate electronic filing and service. Complete pages 1 and 3 to indicate paper filing and electronic service. Do not complete both consent pages. Fed. Cir. R. 47.3(b)(3).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk